**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Justin Hanson,

Plaintiff,

v.

NumbersUSA Action, Inc.,

Defendant.

**INDEX OF EXHIBITS TO:**

**DEFENDANT'S NOTICE OF REMOVAL**

Exhibit 1    Maricopa County Small Claims Court Complaint and Summons

Exhibit 2    Proof of Service

Exhibit 3    Request for Transfer to Justice Court Civil Division and Order of Transfer to Justice Court Civil Division (North Mesa)

Exhibit 4    Maricopa County Justice Notice of Filing of Notice of Removal

Exhibit 5    Justice Court Docket

# EXHIBIT 1

. /

 **Maricopa County Justice Courts, Arizona**

Please select court from the drop down list ⸺⸺⸺⸺⸺

CASE NUMBER: *CC2021-098853SC*

| | |
|---|---|
| Justin Hanson | NumbersUSA Action, Inc. |
| 745 E Glade Ave | 1400 Crystal Dr Ste 240 |
| Mesa, AZ 85204 | Arlington, VA, 22202 - 4153 |
| hansoncwre@gmail.com | 703-816-8820 |
| 530-220-0671 | |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |

2nd Named Defendant: _____

3rd Named Defendant: _____

---

**SMALL CLAIMS COMPLAINT** | ARSCP 4

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in the Small Claims Division of this court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of this court. If you request such transfer, allow at least 10 business days prior to the day of the scheduled hearing. ARS 22-504, ARSCP 11(a)

This court has venue over this matter because:

☐ Defendant resides in this precinct.

☒ The debt, transaction or incident that resulted in this claim occurred in this precinct at the following location (ARS 22-202):

745 E Glade Ave; Mesa, AZ 85204

$ 3000    is the total amount owed me by defendant because (please attach additional page(s) if more room is needed):

In October of 2020 the Defendant placed illegal text solicitations to the plaintiff that were in violation of the

Telephone Consumer Protection Act and Electronic Code of Federal Regulations "TCPA".

To the best of my knowledge and belief:

Date: 6/16/21          *Justin Hanson*
                       Plaintiff (signature)

---

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services. Language: _____

**NOTICE: If you are representing a partnership, association or any other organization, provide the court with a notice stating your position and authority to represent this action.**

SC 8160-300.01 R: 1/1/20

 **Maricopa County Justice Courts, Arizona**

Please select court from the drop down list ------------------

CASE NUMBER: CC2021098853SC

| Justin Hanson | NumbersUSA Action, Inc. |
| 745 E Glade Ave | 1400 Crystal Dr Ste 240 |
| Mesa, AZ 85204 | Arlington, VA,22202 - 4153 |
| hansoncwre@gmail.com | 703-816-8820 |
| 530-220-0671 | |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |

---

**SMALL CLAIMS SUMMONS**   ☐ Replacement   ARSCP 5(b)

The Statutory Agent / Corporate Officer to be served is:   Roy Beck
1400 Crystal Dr Ste 240
Arlington, VA,22202 - 4153
703-816-8820

Name / Address / Email / Phone

Notice: A separate Summons will be issued for each named defendant on the complaint.

TO THE ABOVE-NAMED DEFENDANT: You are directed to answer this complaint within **20 calendar days** by filing a written Answer in the court named above.  If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs.  A filing fee must be paid at the time your answer is filed.  If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

**REQUESTING AN INTERPRETER OR SPECIAL ACCOMMODATIONS: The court should be notified of requests for an interpreter or special accommodations at least *15 calendar days* before a court date.**

Date: 6/17/21 _____
Clerk

---

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services.  Language: _____

SC 8160-300.2 R: 1/1/20



## READ THIS NOTICE CAREFULLY

### Notice to Plaintiff and Defendant: A small claims lawsuit has been filed in justice court.

- A small claims lawsuit is an informal way to resolve civil disputes that are $3,500 or less.

- Parties in a lawsuit are called "plaintiff" and "defendant." Plaintiffs start a lawsuit by filing a complaint against defendants.

- PLAINTIFF: A lawsuit against the defendant cannot proceed without proper service as described in the Arizona Rules of Small Claims Procedure. When you file your Complaint, the court will provide you with a Summons and a copy of this notice that you must serve on each defendant along with the Complaint. You must file proof of service within 45 calendar days or your case may be dismissed. If proof of service is not timely filed or your case is not concluded within 65 days of the date the defendant was served, the court may dismiss your case unless it finds a good reason not to.

- DEFENDANT: You must file a written answer and mail a copy to the plaintiff. Otherwise, judgment may be entered against you. If you have a claim against the plaintiff, even if it is based on a different event than described in the complaint, you may file a counterclaim and must mail a copy to the plaintiff.

- BOTH PARTIES: You must provide supporting evidence for your claims and defenses and must appear at all scheduled hearings or alternative dispute resolution conferences.

- A Justice of the Peace or a Hearing Officer with specialized training will conduct the hearing. You should be prepared to clearly present your evidence. Although you may be permitted to appear telephonically if needed, you must submit all evidence to the court before the hearing. If you fail to appear at a hearing, the court may enter a judgment against you. To ensure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

- You must follow the Arizona Revised Statutes and Arizona Rules of Small Claims Procedure that apply in your lawsuit. The statutes and rules are available in many public libraries and at the courthouse. The statutes are also online at the Arizona State Legislature webpage, and the rules are online at the Arizona Judicial Branch Court Rules webpage.

- You must properly complete court papers and file them when they are due. Blank forms are on the Arizona Judicial Branch website and available from any justice court.

- Some filings require a filing fee. Parties can request a fee waiver or deferral from the court but must still file documents on time.

- Court staff cannot give legal advice but can provide information about jurisdiction, venue, pleadings, and procedures for the small claims division of the justice court.

- **There are no attorneys in a small claims lawsuit unless the parties agree in writing.** Individuals usually represent themselves. One spouse may represent both spouses. A full-time corporate officer or authorized employee may represent a corporation; an active general partner or an authorized full-time employee may represent a partnership; an active member or an authorized full-time employee may represent an association; and any other organization may be represented by one of its active members or authorized full-time employees.

- **Parties cannot appeal a small claims judgment.** Parties may request to transfer the lawsuit from small claims to the regular Civil Division of the justice court. A transfer will allow:

  - Attorney representation without written agreement;
  - Counterclaims for more than $3,500;
  - Motions that are not permitted in small claims lawsuits;
  - A jury trial; and
  - An appeal.

SC 8150-300.3 R: 1/1/20

# EXHIBIT 2

 **Maricopa County Justice Courts, Arizona**

North Mesa Justice Court    1837 S. Mesa Dr., #B103, Mesa, AZ 85210    602-372-4900

CASE NUMBER: CC2021098845 SC

| | |
|---|---|
| Justin Hanson | NumbersUSA Action, Inc |
| 745 E Glade Ave | 1400 Crystal Dr Ste 240 |
| Mesa, AZ 85204 | Arlington, VA 22202-4153 |
| hansoncwre@gmail.com | 703-816-8820 |
| 530-220-0671 | |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |

*FILED*
*JUL 09 2021*
*NORTH MESA JUSTICE COURT*

| | |
|---|---|
| Attorney for Plaintiff(s) Name / Address / Email / Phone | Attorney for Defendant(s) Name / Address / Email / Phone |

**PROOF OF SERVICE BY REGISTERED OR CERTIFIED MAIL - SMALL CLAIMS**    ARSCP 5(b)(1)

A copy of the Complaint, Summons and Notice in this action was served by registered or certified mail on the defendant who has signed the return receipt. The defendant's signature is evidence of service.

The date of service is:

[X]  _6/21/21_    The date of delivery to, and signature of, the defendant, as shown.

[ ]  The date the return receipt is filed with the court *(because the date of delivery is not entered, or the date entered is illegible)*

Attached is the Return Receipt (green card) or the return receipt printed from the postal or delivery service's website.

ATTACH
GREEN CARD
HERE

7/8/2021                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package ╋

**Tracking Number:** 70200090000111536661                Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:17 pm on June 21, 2021 in ARLINGTON, VA 22202.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 21, 2021 at 1:17 pm
ARLINGTON, VA 22202

Feedback

Get Updates ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

**FAQs**

Feedback

JUL 08 2021
NORTH MESA
JUSTICE COURT

7020 0090 0001 1153 6651

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Arlington VA 22207
OFFICIAL USE

Certified Mail Fee $3.60

$ $2.85

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.55

$

Total Postage and Fees $7.00

$

0436
03

Postmark
Here

FILED
JUL 08 2021
NORTH MESA
JUSTICE COURT

06/18/2021

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**Lynn Burns Reed (MJC)**

| | |
|---|---|
| **From:** | mailerdaemon@jbazmc.maricopa.gov |
| **Sent:** | Thursday, July 8, 2021 11:17 AM |
| **To:** | North Mesa Justice Court |
| **Subject:** | Customer Email |
| **Attachments:** | Proof Of Service Complete.pdf |

**Case Number:** CC2021-098853SC
**Customer Name:** Justin Hanson
**Street:**
**City:**
**State:**
**Zip Code:**
**Email Address:** hansoncwre@gmail.com
**Phone Number:** 530-220-0671
**Reason for Email:** Submitting proof of service
**Help Description:** Attached is proof of service for the referenced small claims case. The signed green card should have been returned by now since it was delivered on 6/21/21. Thank you, Justin

Attachment Included.

FILED

JUL   8 2021

NORTH MESA
JUSTICE COURT

# EXHIBIT 3

 **Maricopa County Justice Courts, Arizona**

North Mesa Justice Court   1837 S. Mesa Dr., #B103, Mesa, AZ 85210   602-372-4900

CASE NUMBER   CC2021-098853SC

| | |
|---|---|
| Justin Hanson | NumbersUSA Action, Inc |
| 745 E. Glade Ave. | 1400 Crystal Drive, Suite 240 |
| Mesa, AZ 85204 | Arlington, VA 22202-4153 |
| hansoncrwe@gmail.com | 703-816-8820 |
| 530-220-0671 | |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |
| | Clark Hill PLC |
| | Zach R Fort (#031643) |
| | 14850 N. Scottsdale Road, Suite 500 |
| | Scottsdale, AZ 85254 |
| | zfort@clarkhill.com/480-684-1112 |
| Attorney for Plaintiff(s) Name / Address / Email / Phone | Attorney for Defendant(s) Name / Address / Email / Phone |

**REQUEST TO TRANSFER SMALL CLAIMS CASE TO THE CIVIL DIVISION**   ARSCP 11

I am the ☐ Plaintiff ☒ Defendant

☒ The Hearing in this matter has not yet been set

☐ There remains at least **10 business days** before the scheduled hearing.

☒ Pursuant to ARSCP 11(a) Requesting Transfer: Either party can file a request to transfer the lawsuit to the Civil Division of the justice court no later than 10 business days before the hearing date.

☒ Counsel has been obtained

☐ A Counterclaim exceeding the jurisdiction of the Small Claims Division has been filed

Date  July 8, 2021

_____
Signature

If you are representing a partnership, an association, or any other organization.

Please provide the court with a letter stating your position and authority to represent an action on behalf of the partnership, association, or organization. The letter must be signed by someone who has authority to appoint, such as the president of your organization. ARSCP 1(c)

- A Person   An individual can represent self or an attorney
- Married couples   Spouses cannot represent each other, both need to sign documents and appear in court. *Supreme Court Rule 31*
- Partnership   Partner or an attorney *See ARS 29-1027*
- Corporation   A full-time officer or authorized employee can represent in Justice Court *Supreme Court Rule 31(d)3*
- Association   An officer or an attorney *Supreme Court Rule 31(d)28*
- Other organization or entity   An officer or an attorney *Supreme Court Rule 31(d)28*
- HOA   An officer or an attorney

A person holding a General, Specific or Medical Power of Attorney may not represent you in court. Only an attorney licensed in Arizona or Certified Legal paraprofessional may represent a party in court. *Supreme Court Rule 31 3*

| | |
|---|---|
| I CERTIFY that I delivered / mailed a copy of this document to | |
| ☒ Plaintiff   ☐ Plaintiff's attorney | ☐ Defendant   ☐ Defendant's attorney |
| Date  July 8, 2021          By _____ | |
| | Signature |

# EXHIBIT 4

./

Darrell E. Davis, SBN #011442
Zach R. Fort, SBN #031643
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone:    (480) 684-1100
Facsimile:    (480) 684-1199
Email:            ddavis@clarkhill.com
                      zfort@clarkhill.com

*Attorneys for Defendant NumbersUSA Action, Inc.*

## MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA

## NORTH MESA JUSTICE COURT

**1837 S. Mesa Drive, Mesa, AZ 85201 480-964-2958**

| | |
|---|---|
| Justin Hanson, | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| Plaintiff, | |
| v. | Case No. CC2021-098853SC |
| NumbersUSA Action, Inc., | |
| Defendants. | |

**TO:    TO THE CLERK OF THE JUSTICE COURT AND ALL PARTIES AND THEIR ATTORNEYS**

PLEASE TAKE NOTICE that on July 23, 2021, Defendant NumbersUSA Action, Inc. caused this action to be removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1331. A copy of the Notice of Removal, which is being filed concurrently in the District Court, is attached as **Exhibit A**. This Notice is being provided pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is being provided to the Clerk of the Maricopa County Justice Court, Arizona, as well as to the Plaintiff in this case. Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to proceed no further in this action.

1

DATED this 23 day of July 2021.

**CLARK HILL PLC**

By: _s/ Zach R. Fort_
       Darrell E. Davis
       Zach R. Fort
       *Attorneys for Defendant*
       *NumbersUSA Action, Inc.*

**COPY** of the foregoing
mailed this 23 day of July
2021, to:

Justin Hanson
745 E. Glade Avenue
Mesa, AZ 85204
Hansoncrwe@gmail.com
*Defendant in pro per*

 _s/ Shonda L. Ordoñez_

2

# EXHIBIT 5

7/16/2021                                                        Maricopa County Justice Courts

(/Index aspx)

**Related Links**     -- Select Link --

Home (/Index aspx)   Find a Case (/FindACase/index aspx)   Case Types (/CaseTypes/civilsuits aspx)   Forms/Fees

Our Judges (/Judges/index aspx)   Locations (/Locations/index aspx)   News      **CASE TOOLS**      

Case History
(/FindACase/casehistory aspx)

Court Calendar
(/FindACase/courtcalendar aspx)

Court Locations
(/Locations/index aspx)

Find a Case
(/FindACase/index aspx)

Traffic Violations
(/CaseTypes/traffic aspx)

## JUSTICE COURTS CASE INFORMATION - CASE HISTORY

**Disclaimer: The information on this website is not the official court record  Please contact the
court for the official record  In no event shall the Maricopa County Justice Courts be liable for
damages of any nature arising out of your use or inability to use this website**

<< return to previous page

**Case Information**

| Case Number | CC2021-098853 | Judge | Jones, Kyle |
|---|---|---|---|
| File Date | 6/17/2021 | Location | North Mesa Justice Court |
| Case Type | Justice Civil | Case Status | 01 - New Case |

**Party Information**

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| JUSTIN HANSON | Plaintiff | N/A | Pro Per |
| NUMBERSUSA ACTION INC | Defendant | N/A | Pro Per |

**Disposition Information**

There are no disposition notes on file

**Case Calendar**

There are no calendar events on file

**Events**

| Event Type | Sub Type | Result | Result Date |
|---|---|---|---|
| Affidavit of Service | Certified/Registered Mail | Served | 7/9/2021 |
| Request | Transfer From Small Claims to Civil | Granted | 7/14/2021 |
| Order of Transfer | Civil Division | Issued/Ordered | 7/14/2021 |

**Judgments**

There are no judgments on file

Maricopa County Justice Courts

Case Types (/CaseTypes/civilsuits aspx) | Court Forms (/Forms/index aspx) | Find a Case (/FindACase/index aspx) | Court Calendars (/FindACase/courtcalendar aspx) | Judges (/Judges/index aspx)

Copyright © 2011 Maricopa County Justice Courts | Supported Browsers (/Notices/BrowserSupport aspx)

 (http //www twitter com/MCJusticeCourts)      (http //www facebook com/MaricopaCountyJusticeCourts)

 (https //www instagram com/maricopacountyjusticecourts/)